UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABODE AFFORDABLE HOUSING, LLC,

                Plaintiff,

– against –

ALBERT BURR MCCALL II, and MENDA ELIZABETH MCCALL HOLMES, as the co-personal representatives of the ESTATE OF ALBERT BURR MCCALL,

                Defendants.

**ORDER**

23-cv-06887 (ER)

Ramos, D.J.:

    The telephone conference currently scheduled for December 17, 2024 is hereby cancelled.

    The Court is in receipt of the defendants' motion to dismiss the first amended complaint. Doc. 25. The briefing schedule is as follows: the response is due January 6, 2025; and the reply is due January 20, 2025.

SO ORDERED.

Dated:    December 16, 2024
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.