UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABODE AFFORDABLE HOUSING, LLC,

                Plaintiffs,

– against –

ALBERT BURR MCCALL II AND MENDA ELIZABETH MCCALL HOLMES, *as the co-personal representatives of the* ESTATE OF ALBERT BURR MCCALL,

                Defendants.

**ORDER**

23 Civ. 06887 (ER)

RAMOS, D.J.:

        On December 17, 2024, Plaintiff Abode Affordable Housing, LLC ("Abode") requested leave to file a motion to file a second amended complaint. Doc. 28. At a telephonic conference on January 7, 2025, the Court set a briefing schedule on the motion. *See* Min. Entry dated Jan. 7, 2025. However, on January 27, 2025, counsel for Abode, Yair Bruck, requested leave to withdraw as counsel based on irreconcilable differences. Doc. 37. Mr. Bruck additionally requested a 30-day stay of the instant case, to allow time for Abode to obtain substitute counsel. *Id.*

        Abode, as a corporation, may appear in federal court only through an attorney and cannot appear *pro se*. *See, e.g.*, *Kaplan v. Bank Saderat PLC*, 77 F.4th 110, 116 n.8 (2d Cir. 2023).

        The Court grants leave for Mr. Bruck to withdraw as Abode's attorney. Abode is directed to retain counsel and have them enter an appearance by February 24, 2025. Failure to do so may result in adverse action against Abode. Mr. Bruck is directed to serve this Order on Abode by January 28, 2025, and to post notice of such service on the docket. The briefing schedule the Court set out on January 7, 2025 for the motion to file a second amended complaint is adjourned until further notice.

2

The parties are directed to appear for a conference on February 26, 2025, at 11:00 a.m.

It is SO ORDERED.

Dated:   January 27, 2025
         New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.