UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABODE AFFORDABLE HOUSING, LLC,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　– against –<br><br>ALBERT BURR MCCALL II AND MENDA ELIZABETH MCCALL HOLMES, *as the co-personal representatives of the* ESTATE OF ALBERT BURR MCCALL,<br><br>　　　　　　　　　　　　Defendants. | **ORDER**<br><br>23 Civ. 06887 (ER) |

RAMOS, D.J.:

　　On March 28, 2025, this Court granted the parties' request to stay discovery until May 26, 2025, because the parties stated they were engaging in settlement discussions. Doc. 45.

　　The parties are directed to provide a status update by May 26, 2025.

It is SO ORDERED.

Dated:　April 28, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　EDGARDO RAMOS, U.S.D.J.